oUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>VLADIMIR TINEO-SANTOS,<br><br>Defendant. | : | 26 Mag. 2356<br>26 Cr. ____ (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

The above-captioned case has been assigned to the undersigned based on a notice of the Government's intent to file a criminal information. A hearing on Defendant Vladimir Tineo-Santos's possible waiver of indictment and guilty plea is scheduled for October 7, 2026, at 9:00 a.m. By October 5, 2026, the parties shall advise the Court, by joint letter or individual letters, of their views regarding whether Defendant's remand will be mandatory in the event that he enters a guilty plea. *See* 18 U.S.C. § 3143(a)(2). The Court further respectfully reminds defense counsel that it expects counsel to prepare Defendant for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

SO ORDERED.

Dated: September 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge