UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

VLADIMIR TINEO-SANTOS,
Defendant.

---

26 Mag. 2356 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

It is hereby ordered that Defendant Vladimir Tineo-Santos is remanded to the custody of the United States Marshal.

SO ORDERED.

Dated: OCTOBER 7, 2026
New York, New York

JOHN P. CRONAN
United States District Judge